## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Randy Tate,<br><br>        Plaintiff<br><br>v.<br><br>Social Security Administration,<br><br>        Defendant | 2:16-cv-00141-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Dismissing Complaint with Leave to Amend**<br><br>[ECF 2] |

Randy Tate sues the Social Security Administration to exempt himself from participation in the Social Security program and recoup "the monetary investment amount of $44,894."[1] Magistrate Judge Ferenbach granted Tate's application to proceed *in forma pauperis* and screened his complaint under 28 USC § 1915(e).[2] He recommends that I dismiss Tate's sole claim because Tate has not pleaded any facts to show that he is exempt from participation in the Social Security program or otherwise entitled to a refund of money he paid into it.[3] Objections to Judge Ferenbach's report and recommendation were due by February 13, 2016. No party has filed objections or requested an extension to do so.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Ferenbach's Report and Recommendation **[ECF 2]** is **ADOPTED;**

IT IS FURTHER ORDERED that **Tate's complaint is DISMISSED.** Tate is instructed that

---

[1] ECF 3

[2] ECF 2.

[3] ECF 2 at 3.

1  if he wishes to file an amended complaint curing the deficiencies outlined in the report and
2  recommendation, he must do so by **March 25, 2016. If Tate fails to file an amended complaint by**
3  **that date, this action will be dismissed with prejudice and without further notice**. Tate is
4  advised that the amended complaint supersedes the original complaint and must be complete in
5  itself.

    Dated this 25th day of February 2016

                                                           Jennifer A. Dorsey
                                                           United States District Judge