UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Randy Tate,<br><br>    Plaintiff<br><br>    v.<br><br>Social Security Administration,<br><br>    Defendant | Case No.: 2:16-cv-00141-JAD-VCF<br><br>**Order Adopting Report and Recommendation, Dismissing Amended Complaint with Prejudice, and Closing Case**<br>[ECF 6] |

    Randy Tate sued the Social Security Administration to exempt himself from participation in the Social Security program and recoup the funds he paid into the program during his lifetime.[1] Magistrate Judge Ferenbach granted Tate's application to proceed *in forma pauperis*, screened his complaint under 28 USC § 1915(e), and recommended that I dismiss Tate's sole claim without prejudice and with leave to amend.[2] I adopted Magistrate Judge Ferenbach's unobjected-to report, dismissed Tate's complaint, and gave him 30 days to file an amended complaint.[3]

    Tate timely filed an amended complaint in which he seeks judicial review of the administrative law judge's decision partially granting Tate social security disability benefits.[4] On March 25, 2016, Magistrate Judge Cam Ferenbach screened Tate's amended complaint and entered a report recommending that I dismiss Tate's amended complaint with prejudice for failure to exhaust administrative remedies.[5] Objections were due by April 11, 2016, and Tate has not filed an objection.

    "[N]o review is required of a magistrate judge's report and recommendation unless

---

[1] ECF 3.

[2] ECF 2 at 3.

[3] ECF 4.

[4] ECF 5.

[5] ECF 6.

objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Tate has filed no objections, and I agree with Magistrate Judge Ferenbach's conclusion that Tate's claim fails for failure to exhaust administrative remedies. Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **[ECF 6]** is **ACCEPTED** and his findings and conclusions are adopted;

IT IS FURTHER ORDERED that plaintiff's amended complaint is **DISMISSED** with prejudice. The Clerk of Court is instructed to enter judgment for defendant and against plaintiff and CLOSE THIS CASE.

DATED April 13, 2016.

_____
Jennifer A. Dorsey
United States District Judge